1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF WASHINGTON AT YAKIMA

8   EQUAL EMPLOYMENT OPPORTUNITY        )
    COMMISSION,                         )   NO.  CV-08-5060 RHW
9                                       )
               Plaintiff,               )   DEFENDANT'S JOINDER TO STATUS
10                                      )   REPORT AND DISCOVERY PLAN
    vs.                                 )
11                                      )   AMENDMENT TO PLAN
    WEST ONE AUTOMOTIVE GROUP, INC.,   )
12  d/b/a HERTZ CAR SALES,              )
                                        )
13             Defendant.               )
                                        )
14  _____ )

15          DEFENDANTS HEREBY JOIN the Status Report and Discovery Plan filed by the

16  EEOC.

17          On January 5, 2009 the parties through their respective counsel conferred and agreed to

18  the dates set forth in the EEOC's plan with the exception of the date for exchange of lay down

19  material.  The parties have agreed to exchange that material no later than **Monday, January 12,**

20  **2009.**

21

22          In brief reply to the pleading filed by the EEOC, the undersigned attempted to reach the

23  attorney for the EEOC at least twice during the interim in order to confer and file a joint

24  statement, at one point being greeted by a voice mail announcement indicating counsel for the

25  EEOC was out of the office for a period of time around the holiday after Christmas.  The

DEFENDANT'S JOINDER TO STATUS REPORT AND
DISCOVERY PLAN -1-
P:\1160\FEDERAL\Status report.doc



MCGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE

undersigned does not fault counsel for the EEOC.  However, the material filed by the EEOC is not entirely accurate insofar as it implies the undersigned made no attempt to return any phone call or to confer on this matter.

DATED this 4th day of January, 2009.

McGAUGHEY BRIDGES DUNLAP, PLLC

By:  ___/s/ Dan'L W. Bridges___
     Dan'L W. Bridges, WSBA #24179
     Attorney for Defendant

DEFENDANT'S JOINDER TO STATUS REPORT AND
DISCOVERY PLAN -2-
P:\1160\FEDERAL\Status report.doc



MCGAUGHEY BRIDGES DUNLAP PLLC
325 – 118TH AVENUE SOUTHEAST, SUITE 209
BELLEVUE, WASHINGTON 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 FACSIMILE