1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

9  EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

10       Plaintiff,                          NO.  CV-08-5060-RHW

11       vs.

12  WEST ONE AUTOMOTIVE                      **ORDER ACCEPTING CONSENT
GROUP, INC., dba HERTZ CAR                DECREE; STRIKING TRIAL
13  SALES,                                   DATE**

14       Defendant.

15

16      On September 15, 2009, the parties filed a Proposed Consent Decree (Ct.

17  Rec. 61).

18      The Court contacted the parties and they indicated that they intend that the

19  Court accept the Consent Decree, strike the trial date, deny the pending motions,

20  and keep the file open for two years, after which time the parties will file a motion

21  to close the file.

22      Accordingly, **IT IS HEREBY ORDERED**:

23      1.    The Court accepts the parties' Proposed Consent Decree.

24      2.    The Court strikes the October 16, 2009 pretrial conference and

25  November 2, 2009 jury trial.

26      3.    All pending motions (Ct. Rec. 31, 32, 35) are denied, as moot.

27  ///

28  ///

**ORDER ACCEPTING CONSENT DECREE; STRIKING TRIAL DATE** ~ 1

1    **IT IS SO ORDERED.**  The District Court Executive is hereby directed to

2  enter this Order and to furnish copies to counsel.

3         **DATED** this 29th day of September, 2009.

4

5                              *s/Robert H. Whaley*

6                         ROBERT H. WHALEY
                          United States District Judge

7

8

9  Q:\CIVIL\2008\EEOC\consent.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER ACCEPTING CONSENT DECREE; STRIKING TRIAL DATE ~ 2**